**Electronically Filed
Supreme Court
SCWC-20-0000518
14-APR-2025
12:37 PM
Dkt. 21 ODAC**

SCWC-20-0000518

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

ALEXANDER Y. MARN, Petitioner/Plaintiff-Appellant,
and
ERIC Y. MARN, Respondent/Plaintiff-Appellee

vs.

JAMES K.M. DUNN, Individually and as Co-Personal Representative
of the Estate of Annabelle Y. Dunn and as Co-Trustee of the
Annabelle Y. Dunn Trust, Respondent/Defendant-Appellee,

and

JAMES Y. MARN, JR.; STEPHEN MARN, as Co-Personal Representative
of the Estate of Annabelle Y. Dunn, and as Co-Trustee of the
Annabelle Y. Dunn Trust; ALA WAI INVESTMENTS,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000518; CASE NO. 1CC980004706)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins,
Circuit Judge Johnson, in place of Ginoza, J., recused,
Circuit Judge Medeiros, in place of Devens, J., recused.)

Petitioner's Application for Writ of Certiorari, filed
on February 21, 2025, is hereby rejected.

DATED: Honolulu, Hawai'i, April 14, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Ronald G. Johnson

/s/ Dyan M. Medeiros

